THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:06-cr-00031-MR-11

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) **O R D E R** |
| | ) |
| MARK CHRISTOPHER WATKINS. | ) |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Modification Request without Prejudice [Doc. 304].

For the reasons stated in the Government's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 304] is **GRANTED**, and the outstanding portion of the request for modification of the conditions of supervision [Doc. 289] is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the hearing scheduled in this matter on June 10, 2014 is hereby **CANCELLED**.

**IT IS SO ORDERED**.

Signed: June 9, 2014

Martin Reidinger
United States District Judge